Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

IT IS SO ORDERED
Judge Edward J. Davila

3/11/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>  Plaintiff,<br><br>  vs.<br><br>BAY AREA AUTO CARE, INC. dba SUNNYVALE 76 STATION aka SUNNYVALE 76; ALI BOZORGHADAD and PARISA BOZORGHADAD as Trustees of the Bozorghadad Family Trust,<br><br>  Defendants. | No.  5:12-cv-05788-EJD<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

   IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Bay Area Auto Care, Inc. dba Sunnyvale 76 Station aka Sunnyvale 76 and Ali Bozorghadad and Parisa Bozorghadad as Trustees of the Bozorghadad Family Trust ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party to bear its own fees and costs.  The Clerk shall close this file.

Date: March 8, 2013                            MOORE LAW FIRM, P.C.

                                               /s/Tanya E. Moore
                                               Tanya E. Moore
                                               Attorney for Plaintiff Cecil Shaw

*Shaw v. Bay Area Auto Care, Inc., et al.*
Stipulation for Dismissal of Action

Page 1

| | | |
|---|---|---|
| 1 | Date: March 8, 2013 | CALL & JENSEN |
| 2 | | |
| 3 | | /s/ Ryan M. McNamara |
| 4 | | Ryan M. McNamara |
| 5 | | Attorneys for Defendants Bay Area Auto Care, Inc. dba Sunnyvale 76 Station aka Sunnyvale 76 and Ali Bozorghadad and Parisa Bozorghadad as Trustees of the Bozorghadad Family Trust |

*Shaw v. Bay Area Auto Care, Inc., et al.*
Stipulation for Dismissal of Action